UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: PARCEL TANKER SHIPPING<br>SVC. ANTITRUST LITIGATION | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civ. 3:03-md-01568-AVC |
| This Document Relates To:<br>3:04-CV-00923-AVC | ) <br> ) <br> ) | November 18, 2004 |

**<u>APPEARANCE</u>**

To the Clerk: Please enter the appearance of the undersigned for the Plaintiffs, Huntsman Petrochemical Corporation, Huntsman International Trading Corporation, Huntsman Chemical Company Australia Pty Limited and Huntsman Petrochemicals (UK) Ltd.  Please also designate the undersigned the LEAD ATTORNEY/ATTORNEY TO BE NOTICED in lieu of Jill Hartley, Esq.

By: _____
    Michael G. Albano
    Federal Bar No.: ct 21440
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Email: malbano@sabiahart.com
    Tel. No.: (860) 541-2077
    Fax No.: (860) 713-8944

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was served on each of the following parties via U.S. Mail, postage prepaid, on this 18th day of November, 2004:

Douglas H. Patton, Esq.
Paul M. Simmons, Esq.
Dewsnup King & Olsen
36 S. State Street, Suite 2020
Salt Lake City, UT 84111
Tel. (801) 533-0400
Fax. (801) 363-4218
Email: dpatt@dkolaw.com
psimm@dkolaw.com

Peter J. Carney, Esq.
Christopher M. Curran, Esq.
J. Mark Gidley, Esq.
White & Case
601 Thirteenth Street, N.W.
Suite 600 South
Washington, D.C. 20005-3807
Tel. (202) 626-3600
Fax. (202) 639-9355
Email: pcarney@whitecase.com
ccurran@whitecase.com

Bradford S. Babbitt, Esq.
Edward J. Heath, Esq.
Brien P. Horan, Esq.
Craig A. Raabe, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597
Tel. (860) 275-8209
Fax. (860) 275-8299
Email: bbabbitt@rc.com eheath@rc.com

Donna Nelson Heller, Esq.
Patrick J. McHugh, Esq.
Meghan A. Laganza, Esq.
James R. Hawkins, II, Esq.
Finn Dixon & Herling
One Landmark Sq., Ste. 1400
Stamford, CT 06901
Tel. (203) 325-5000
Fax. (203) 348-5777
Email: dheller@fdh.com
pmchugh@fdh.com

Robert A.W. Boraks, Esq.
Richard D. Gluck, Esq.
Paul S. Hoff, Esq.
Garvey, Schubert & Barer
Flour Mill Building, 5th Floor
1000 Potomac Street N.W.
Washington, D.C. 20007-3501
Tel. (202) 965-7880
Fax. (202) 965-1729
Email: bboraks@gsblaw.com
phoff@gsblaw.com

Sheila Huddleston, Esq.
Paul D. Sanson, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
Tel. (860) 251-5000
Email: shuddleston@goodwin.com
psanson@goodwin.com

Charles Clarence Bourque, Jr., Esq.
Joseph G. Jevic, III, Esq.
Christopher John St. Martin, Esq.
Michael X. St. Martin, Esq.
Conrad S.P. Williams, III, Esq.
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017
Tel. (985) 876-3891
Fax. (985) 851-2219

Heidi M. Drewes-Silton, Esq.
W. Joseph Bruckner, Esq.
Yvonne M. Flaherty, Esq.
Richard A. Lockridge, Esq.
Lockridge Grindal Nauen PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Tel. (612) 339-6900
Fax. (612) 339-0981
Email: drewehm@locklaw.com
wjbruckner@locklaw.com

Michael M. Buchman, Esq.
Milberg Weiss Bershad & Schulman - NY
One Pennsylvania Plaza, Suite 4915
New York, NY 10119-0165
Tel. (212) 594-5300
Fax. (212) 868-1229
Email: mbuchman@milberg.com

Paul Thomas Warner, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027-0001
Tel. (713) 622-7271
Fax. (713) 623-8724
Email: pwarner@reichandbinstock.com

Judicial Panel on MDL
Office of the Clerk
Thurgood Marshall Building
One Columbus Circle,NE
Washington, DC 20002-8004

Aaron F. Biber, Esq.
Seymour J. Mansfield, Esq.
Mansfield Tanick & Cohen, P.A.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4511
Tel. (612) 339-4295
Fax. (612) 339-3161
Email: abiber@mansfieldtanick.com
smansfield@mansfieldtanick.com

Brian P. Daniels, Esq.
Rowena Amanda Moffett, Esq.
David R. Schaefer, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746
Tel. (203) 772-2600
Fax. (203) 562-2098
Email: bpdaniels@bswlaw.com
rmoffett@bswlaw.com

Francis J. Drumm, III, Esq.
David J. Crotta, Jr., Esq
Robert G. Oliver, Esq..
Mulvey Oliver & Gould
83 Trumbull Street
New Haven, CT 06511
Tel. (203) 524-5111
Email: drumm@moglaw.com
crotta@moglaw.com

Steven Cherry, Esq.
William Kolasky, Esq.
Bradley Miller, Esq.
Thomas Mueller, Esq.
Joseph J. Samarias, Esq.
Wilmer Cutler Pickering Hale & Dorr-Va
1600 Tysons Blvd., Suite 1000
McLean, VA 22102
Tel. (703) 251-9700
Fax. (703) 251-9797
Email: steven.cherry@wilmerhale.com
william.kolasky@wilmerhale.com

Michael Jerry Freed, Esq.
Much Shelist Freed Denenberg Ament & Rubenstein PC
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Tel. (312) 521-2429
Email: mfreed@muchshelist.com

Jeffrey B. Gittleman, Esq.
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel. (215) 963-0600
Fax. (215) 963-0838
Email: jgittleman@barrack.com

Harry Lee Godfrey, Esq.
Susman Godfrey
1000 Louisiana St., Ste 5100
Houston, TX 77002
Tel. (713) 651-9366
Email: lgodfrey@susmangodfrey.com

Keith S. Dubanevich, Esq.
Richard D. Gluck, Esq.
Garvey Shubert Barer
121 SW Morrison St., 11th Floor
Portland, OR 97204-3141
Tel. (503) 228-3939
Fax. (503) 226-0259
Email: kdubanevich@gsblaw.com
rgluck@gsblaw.com

Robert A. Izard, Jr., Esq.
Eric L. Palmquist, Esq.
Andrew M. Schatz, Esq.
Schatz & Nobel - Htfd
One Corporate Center
20 Church St., Suite 1700
Hartford, CT 06103
Tel. (860) 493-6295
Fax. (860) 493-6290
Email: rizard@snlaw.net
epalmquist@snlaw.net

Scott M. Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544
Tel. (860) 233-8251
Fax. (860) 232-8736
Email: skarsten@sackspec.com

Paul T. Gallagher, Esq.
Michael D. Hausfeld, Esq.
Cohen Milstein Hausfeld & Toll-DC
1100 New York Ave., NW
West Tower, Suite 500
Washington, DC 20005-3934
Tel. (202) 408-4600
Fax. (202) 408-4699
Email: pgallagher@cmht.com
Mhausfeld@cmht.com

Eric D. Grayson, Esq.
Grayson & Associate, P.C.
124 W. Putnam Ave., 2nd Fl.
Greenwich, CT 06830
Tel. (203) 622-8100
Fax. (203) 622-8104
Email: grayson@grayson-law.com

Samantha C. Gordon, Esq.
Amy B. Manning, Esq.
Richard J. Rappaport, Esq.
Ross & Hardies
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
Tel. (312) 558-1000
Fax. (312) 750-8600
Email: sgordon@mcguirewoods.com
amanning@mcguirewoods.com

Steven J. Greenfogel, Esq.
Meredith Cohen Greenfogel
 & Shirnick, P.C.
117 South 17th St., 22nd Floor
Philadelphia, PA 19103
Tel. (203) 564-5182
Email: sgreenfogel@mcgslaw.com

Joseph C. Kohn, Esq.
Kohn, Swift & Graf
One So. Broad St, Suite 2100
Philadelphia, PA 19107-3389
Tel. (215) 238-1700
Fax. (215) 238-1968
Email: jkohn@kohnswift.com

Kent A. Gardiner, Esq.
David L. Haga, Esq.
Kathryn D. Kirmayer, Esq.
Crowell & Moring
1001 Pennsylvania Av., N.W.
Washington, DC 20004-2595
Tel. (202) 624-2578
Fax. (202) 628-5116
Email: kgardiner@crowell.com
dhaga@crowell.com

Patrick A. Skingman, Esq.
James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main Street
Chester, CT 06412
Tel. (860) 526-1100
Fax. (860) 526-1120
Email: pklingman@sfmslaw.com
jmiller@sfmslaw.com

Gary B. O'Connor, Esq.
Drubner, Hartley & O'Connor, L.L.C.
500 Chase Pkwy
Waterbury, CT 06708
Tel. (203) 753-9291
Fax. (203) 753-6373
Email: goconnor@dholaw.com

William H. Roberts, Esq.
Blank, Rome, Comisky & McCauley
One Logan Square
Philadelphia, PA 19103-6998
Tel. (215) 569-5548
Fax. (215) 569-5555
Email: roberts@blankrome.com

Bernard Persky, Esq.
Goodkind, Labaton Rudoff & Sucharow
100 Park Ave.
New York, NY 10017-5563
Tel. (212) 907-0700
Fax. (212) 818-0477
Email: bpersky@glrslaw.com

George P. Podolin, Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel. (215) 568-6200

Richard P. Rouco, Esq.
Joe R. Whatley, Jr., Esq.
Whatley Drake
2323 2nd Ave. N. Suite 1100
Birmingham, AL 35203-4601
Tel. (205) 488-1250
Fax. (205) 328-9669
Email: rrouco@whatleydrake.com
jwhatley@whatleydrake.com

James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Tel. (203) 330-2000
Email: jtshearin@pullcom.com

Warren Rubin, Esq.
Law Offices of B.M. Gross PC
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
Tel. (215) 561-3600
Fax. (215) 561-3000
Email: warren@bernardmgross.com

Steven O. Sidener, Esq.
Gold Bennet Cera & Sidener
595 Market Square, Suite 2300
San Francisco, CA 94105
Tel. (415) 777-2230
Email: ssidener@gbcsf.com

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007
Tel. (212) 857-8900

Robert A. White, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Tel. (860) 240-6000
Email: rwhite@murthalaw.com

_____
Michael G. Albano

E:\WPDOCS\Huntsman\mga.app.wpd