

**MANDATE**

CONN/NHCT
03·md·1568
Covello

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

In re Parcel Tankers Shipping Services Litigation | Docket No. 08-1676

YANN GERON, as CHAPTER 7 TRUSTEE of the
Estate of O.N.E. SHIPPING, INC.,

January 5, 2009

        Appellant,

v.

Odfjell ASA, et al.,

        Appellees



UNITED STATES COURT OF APPEALS
FILED
JAN 0 6 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

## STIPULATION WITHDRAWING APPEAL WITH PREJUDICE

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties hereby stipulate to Appellant's dismissal with prejudice of the above-captioned appeal, with each party bearing its own costs.

Respectfully submitted,

APPELLEES ODFJELL ASA, ODFJELL SEACHEM AS, ODFJELL USA, INC., ODFJELL TERMINALS (HOUSTON) LP, ODFJELL AMERICAS AS

By: _Steven F. Cherry_
    Steven F. Cherry
    Leon B. Greenfield
    David F. Olsky
    WILMER CUTLER PICKERING HALE AND DORR LLP
    1875 Pennsylvania Ave, NW
    Washington, DC 20006
    Tel: 202-663-6000
    Fax: 202-663-6363

APPELLEES STOLT-NIELSEN S.A., STOLT-NIELSEN TRANSPORTATION GROUP, LTD, STOLT PARCEL TANKERS INC., STOLTHAVEN TERMINALS BV

By: _Frank J. Cosway/KTM_
    Frank A. Vasquez, Jr.
    Peter J. Carney
    WHITE & CASE LLP
    701 Thirteenth Street, N.W.
    Washington, D.C. 20005
    Tel: 202-626-3600
    Fax: 202-639-9355

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _Stanley A. Bass_
    Stanley A. Bass, Staff Counsel

APPELLANT YANN GERON, as Chapter 7 Trustee of the Estate of O.N.E. SHIPPING, INC.

By: _Melanie Lagarde_
    Melanie Lagarde
    ST. MARTIN, WILLIAMS & BOURQUE
    404 Hwy. 311
    P.O. Box 2017
    Houma, Louisiana 80360
    Tel: 985-876-3891
    Fax: 985-851-2219

APPELLEE COPENHAGEN TANKERS, INC.

By: _Manuel R. Llorca_
    Manuel R. Llorca
    LLORCA & HAHN LLP
    8 Watering Lane
    Norwalk, CT 06850
    (203) 642-7321
    Fax: (203) 642-7322
    M.Llorca@LlorcaHahn.com

APPELLEES JO TANKERS AS, JO TANKERS B.V. AND JO TANKERS INC.

By: _Richard D. Rappaport_
    Richard D. Rappaport
    Amy B. Manning
    McGUIRE WOODS LLP
    77 West Wacker Drive
    Suite 4100
    Chicago, IL 60601-1815
    Tel: 312-849-8100
    Fax: 312-920-3696

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
_____
DEPUTY CLERK

**CERTIFIED:** JAN 0 8 2009